# Third District Court of Appeal

## State of Florida

Opinion filed June 9, 2021.
Not final until disposition of timely filed motion for rehearing.

_____

No. 3D21-0140
Lower Tribunal Nos. 17-7073 SP, 20-0127AP
_____

**Emergency Response and Repair, LLC, etc.,**
Appellant,

vs.

**People's Trust Insurance Company, etc.,**
Appellee.

An Appeal from the County Court for Miami-Dade County, Lawrence D. King, Judge.

Alvarez, Feltman, Da Silva & Costa, P.L., and Paul B. Feltman; Legal Armor, The People's Law Firm, and Alian M. Perez, for appellant.

Cole, Scott & Kissane, P.A., and David C. Borucke (Tampa), for appellee.

Before EMAS, C.J., and LINDSEY, and GORDO, JJ.

PER CURIAM.

Affirmed.